UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5271 FMO (AFMx) | Date | September 21, 2023 |
|---|---|---|---|
| Title | William Loftus v. Five Star Enterprises, P.C. d/b/a Five Star Tax Center | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Retention of Counsel for Entity Defendant

The court has reviewed defendant Five Star Enterprises P.C. d/b/a Five Star Tax Centers's ("Five Star") Answer, (Dkt. 12, "Answer"). Five Star is an entity defendant, specifically a professional corporation, (see id. at ¶ 2), and the Answer was filed by Gordon Troan, Five Star's "Shareholder, Director and President[.]" (Id. at p. 2). It is well-settled that corporations and other business entities cannot appear pro se in federal court, but instead must be represented by licensed counsel. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02, 113 S.Ct. 716, 721 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) ("A corporation may appear in federal court only through licensed counsel."); Local Rule 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."). In addition, a sole shareholder or principal of a corporation may not represent the corporation in federal court. See High Country Broad. Co., 3 F.3d at 1245; see also In re Waksberg, 2009 WL 1211355, *1 (C.D. Cal. 2009) ("[T]he principal of a corporation cannot appear on its behalf pro se. Because it is not a natural person, the corporation must be represented by an attorney."). Under the circumstances, the court will give Five Star additional time to retain counsel, and file a responsive pleading.

Based on the foregoing, IT IS ORDERED THAT:

1. Five Star's Answer **(Document No. 12)** is **stricken**.

2. No later than **October 19, 2023**, Five Star shall retain counsel and have its counsel file a Notice of Appearance.

3. No later than **October 26, 2023**, Five Star, through counsel, shall file its responsive pleading.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5271 FMO (AFMx) | Date | September 21, 2023 |
|---|---|---|---|
| Title | William Loftus v. Five Star Enterprises, P.C. d/b/a Five Star Tax Center | | |

    4. Five Star is cautioned that failure to file a Notice of Appearance by the deadline set forth above shall result in the entry of default against it for failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

    5. Plaintiff shall, in the event counsel does not appear on behalf of Five Star by the court-ordered deadline, seek entry of default against Five Star for failure to retain counsel no later than seven (7) days after the expiration of the court's deadline.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | VDR |